IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

_____
                                                          :
JONATHAN LANGLEY, et al.        :        CIVIL ACTION
                                                          :
         v.                                           :        NO. 15-4720
                                                          :
TOLL BROS., INC.                          :        JURY TRIAL DEMANDED
                                                          :
_____:

# ORDER

**NOW**, this _____ day of _____, 201_, having considered Defendant Toll Bros., Inc.'s ("Toll") Motion for Summary Judgment, and any opposition thereto, it is hereby **ORDERED** that the Motion is **GRANTED**.

It is **FURTHER ORDERED** that Plaintiffs' Complaint is **DISMISSED WITH PREJUDICE** and judgment is entered in favor of Toll with respect to Plaintiffs' Complaint in its entirety.

SO ORDERED:

_____
The Honorable Petrese B. Tucker