IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **JONATHAN LANGLEY, et al.,** : | |
| : | |
| **Plaintiffs,** : | **CIVIL ACTION** |
| v. : | |
| : | **NO. 15-4720** |
| : | |
| **TOLL BROS., INC.,** : | |
| : | |
| **Defendant.** : | |

## ORDER

**AND NOW**, this __26th__ day of July, 2016, upon consideration of Defendant's Motion for Summary Judgment (Doc. 18), Plaintiff's Response in Opposition (Doc. 20), and Defendant's Reply to Plaintiff's Response in Opposition (Doc. 21), **IT IS HEREBY ORDERED AND DECREED** that Defendant's Motion is **GRANTED** and **JUDGMENT** is **ENTERED** in favor of Defendant and against Plaintiffs.[1]

**IT IS FURTHER ORDERED** that the Clerk of Court shall mark this matter as **CLOSED** for statistical purposes.

                                                **BY THE COURT**:

                                                /s/ Petrese B. Tucker
                                                _____
                                                **Hon. Petrese B. Tucker, C.J.**

---

[1] This Order accompanies the Court's Memorandum Opinion dated July 26, 2016.